Oscar Portocarrero, recurrente, *v.* El Registrador de la Propiedad de San Juan, Sección Primera, recurrido.

No. 616.—*Sometido:* Abril 28, 1925. *Resuelto:* Mayo 26, 1925.

1. Inscripción—Denegación de Inscripción de Segregaciones—Finca Principal Agotada en el Registro—Error en los Cálculos.—Apareciendo del registro agotada la 3.45 cuerdas de la finca principal por segregaciones a terceros, procede la negativa de una escritura en la que se segregan dos porciones adicionales so pretexto de existir error en el cálculo de la equivalencia de cuerdas al sistema métrico decimal.

2. Inscripción—Aumento en la Cabida de una Finca Registrada.—La cabida de una finca que aparece inscrita en el registro, no puede ser aumentada, mediante acta aclaratoria que solamente dice que según una mensura resulta de mayor cabida, sin especificar el sobrante, mientras no se acredite la legítima adquisición del exceso, a no ser que éste sea de escasa importancia en relación con la cabida total o se pruebe que en la primera medición sólo se sufrió un error involuntario.

Nota de *Tirado Verrier,* R. (Sección Primera, San Juan), denegando inscripción de una escritura de compraventa. *Confirmada.*

*Pedro Amado Rivera,* abogado del recurrente; el registrador compareció por escrito.

El Juez Asociado Señor Franco Soto, emitió la opinión del tribunal.

Este es un recurso contra la nota del registrador que deniega la inscripción de una escritura de compraventa de dos porciones de terreno, segregadas de cierta finca de mayor cabida. Junto con la escritura se acompañó un acta aclaratoria. El registrador fundó su negativa en los motivos siguientes:

"Que la cabida de 3 cuerdas 45 céntimos de la finca originaria se halla agotada en virtud de segregaciones que constan del registro

y estando equivocada la equivalencia métrica no hay razón para computar las segregaciones en el sentido de deducirlas de dicha equivalencia, como se pretende en el acta aclaratoria, y no de la expresada en cuerdas, debiendo atenerse el registro a esta última denominación.

"Que no se acredita la mensura que se dice practicada de la finca principal; y que no han intervenido los dueños de los solares vendidos en la declaración de dicho aumento de cabida."

De la finca principal se habían segregado a su vez otras parcelas transferidas a distintos dueños y en el acta aclaratoria se hace constar que según las notas marginales del Registro resultaría agotada la cabida si se considera ésta en cuanto al número de cuerdas, pero no en caso de tomarse como base la equivalencia métrica que resulta del título y de la inscripción.

No hay discusión en cuanto al punto de que existe un error en el cálculo al hacerse la equivalencia de cuerdas al sistema métrico decimal.

Surge, pues, la cuestión de cuál de las dos medidas debe prevalecer o cuál de ellas debe tenerse por correcta.

[1] La circunstancia de que ya se han hecho por la vendedora segregaciones de la finca original a diversas personas, es dato de importancia que sirvió de base a la calificación del registrador, que descansa más bien, en este caso, en la sana discreción, pues siendo como es su función esencial, la protección de terceros, debemos presumir, como hizo el registrador, mientras otra cosa no se demuestre en forma auténtica o fehaciente, que la medida en cuerdas es la correcta.

[2] Se insiste, no obstante, por el recurrente, y así aparece consignado en el acta aclaratoria, que la finca principal después de mensurada resulta de mayor cabida dentro de los puntos que constan del registro. No se especifica, sin embargo, la cantidad sobrante.

No vemos que esto pueda ser favorable al recurrente,

aun cuando asumiéramos que la venta se refiera al exceso o sobrante del terreno.

La regla general es que cuando hay una diferencia de la finca según aparece del registro y la que se alega en la escritura, tal diferencia, si resulta en exceso, no es inscribible mientras no se acredite la legítima adquisición de la misma, con arreglo al artículo 20 de la Ley Hipotecaria y demás disposiciones legales. La excepción a la regla es cuando el exceso es de escasa importancia en relación a la cabida total de la finca, o salvo si se prueba, a juicio del registrador, que en la primera medición de la finca sólo se sufrió un error involuntario. Resoluciones de 14 de marzo de 1876, 1 D. de R. 262; 9 de noviembre de 1878, 1 D. de R. 469; 7 de septiembre de 1880, 2 D. de R. 465; 22 de noviembre de 1893, 5 D. de R. 413; y 27 de octubre de 1894, 5 D. de R. 583. Odriozola, Diccionario de Jurisprudencia. Hipotecaria, 4ª ed., págs. 773, 774, 775 y 776.

*Por lo expuesto, la nota recurrida debe confirmarse.*